A CERTIFIED TRUE COPY

MAR 2 5 2008

ATTEST *[signature]*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 07-2205 | Joseph L. Smith v. General Electric Co., et al. |
| ALN 2 08-65 | Yalonda Sanders, etc. v. General Electric Co., et al. |
| **ARKANSAS EASTERN** | |
| ARE 4 07-1051 | Ricky Barnes, et al. v. General Electric Co., et al. |
| ARE 4 07-1115 | Christine Black, et al. v. General Electric Co., et al. |
| **ARKANSAS WESTERN** | |
| ARW 2 07-2148 | Bertin A. Nogues v. General Electric Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-7844 | Beverly Hubbard v. GE Healthcare, Inc., et al. |
| CAC 2 08-518 | Sarah Frascella v. General Electric Co., et al. |
| **COLORADO** | |
| CO 1 07-2542 | Debra Necas v. General Electric Co., et al. |
| CO 1 08-47 | Joanne McBride, etc. v. General Electric Co., et al. |
| **CONNECTICUT** | |
| CT 3 07-1753 | Carmel T. Koerber, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et. al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 08-122 | Lacey Derosa v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | |
| FLM 6 08-29 | John R. Hackett, et al. v. Bayer Corp., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 3 07-3296 | Earnest Dwight Louderman v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 08-1 | Alan Taylor v. General Electric Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 08-109 | Danielle Marie Snyder v. Bayer Corp., et al. |
| **KANSAS** | |
| KS 2 07-2513 | Russell Voeltz, et al. v. General Electric Co., et al. |

**MDL No. 1909 - Schedule CTO-1 Tag-Along Actions (Continued)**

| <u>DIST. DIV. C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|

**LOUISIANA MIDDLE**
LAM  3  07-776        Michelle Rice v. Bayer Healthcare Pharmaceuticals, Inc., et al.
LAM  3  07-826        Billy Parker v. Bayer Healthcare Pharmaceuticals, Inc., et al.

**LOUISIANA WESTERN**
~~LAW  2  07-1951~~        ~~Irven S. Shelton, et al. v. General Electric Co., et al.~~ Opposed 3/20/08

**MARYLAND**
MD   1  08-337        Mosetta Burden-White v. General Electric Co., et al.
MD   1  08-338        John Davis, Jr., et al. v. General Electric Co., et al.

**MINNESOTA**
MN   0  07-4706        Loralei L. Knase, et al. v. General Electric Co., et al.
MN   0  07-4893        Harry D. Cleek, et al. v. General Electric Co., et al.

**MISSOURI EASTERN**
MOE  4  07-1832        Jessi Nienke v. General Electric Co., et al.
MOE  4  07-1964        Stewart Watson, V v. General Electric Co., et al.
MOE  4  07-2050        Beverly Lombardo, et al. v. General Electric Co., et al.

**MISSOURI WESTERN**
MOW 4  07-869        David Phillips, et al. v. General Electric Co., et al.

**NORTH CAROLINA MIDDLE**
NCM  1  07-927        Bobby Paul, et al. v. General Electric Co., et al.

**NEW JERSEY**
NJ   1  08-559        Deena W. Wood, etc. v. Bayer Corp., et al.
NJ   1  08-562        Judith Minor, etc. v. Bayer Corp., et al.
NJ   3  07-5942        Paul Brian Staples, et al. v. General Electric Co., et al.
~~NJ   3  07-5985~~        ~~Claudia Ethington, et al. v. General Electric Co., et al.~~ Opposed 3/24/08

**NEW YORK WESTERN**
NYW 6  08-6009        Jennifer Newton, et al. v. General Electric Co., et al.

**OHIO SOUTHERN**
OHS  1  07-1001        Donald L. Hannah, et al. v. General Electric Co., et al.

**OKLAHOMA NORTHERN**
OKN  4  07-666        Royce Campbell, et al. v. General Electric Co., et al.

**PENNSYLVANIA EASTERN**
PAE  2  08-404        Denise Grant v. General Electric Co., et al.

**MDL No. 1909 - Schedule CTO-1 Tag-Along Actions (Continued)**

| <u>DIST. DIV. C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|

**WISCONSIN EASTERN**
WIE 2 07-954    Greg Reed, et al. v. General Electric Co., et al.
WIE 2 07-986    Gregory Key v. General Electric Co., et al.
WIE 2 07-1101    Robert Sawall, et al. v. General Electric Co., et al.

**WEST VIRGINIA NORTHERN**
WVN 5 08-27    Francis Lydon v. Bayer Corp., et al.
WVN 5 08-28    Mary R. Reel v. Bayer Corp., et al.
WVN 5 08-29    George Lipscomb, et al. v. Bayer Corp., et al.